## McCaffrey's License.

OPINION BY TREXLER, J., October 30, 1916:

For the reasons stated in the opinion this day filed in the application of Harvey Dietrich, No. 4, March Term, 1916, the order is affirmed.

## Ryan's License.

OPINION BY TREXLER, J., October 30, 1916:

For the reasons stated in the opinion this day filed in the application of Harvey Dietrich, No. 4, March Term, 1916, the order is affirmed.